IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:02CR233

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER TO DISMISS THE INDICTMENT** |
| v. ) | |
| ) | |
| (8) WEI XU ) | |

Leave of Court is hereby granted for the dismissal without prejudice of the Bill of Indictment in the above-captioned case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: March 4, 2024

Frank D. Whitney
United States District Judge